# United States District Court
## Northern District of Illinois
### Eastern Division

JUL   2003

EEOC

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 02 C 9128

K-B TELEVISION & APPLIANCE

■     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered for defendant K-B Television & Appliance and against plaintiff EEOC.

Michael W. Dobbins, Clerk of Court

Date: 7/17/2003

Chris Burton, Deputy Clerk

27